# Court of Appeals
# of the State of Georgia

ATLANTA,  February 12, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0974. RICARDO HAMILTON v. THE STATE.**
**A24A0975. RICARDO HAMILTON v. THE STATE.**

In October 2018, Ricardo Hamilton pleaded guilty to five counts of obstruction of an officer and one count of family violence battery, and the court sentenced him to probation. On the same day, Hamilton also pleaded guilty to one count of crossing the guard lines, for which he was also given a probated sentence. On May 9, 2023, the trial court entered orders revoking Hamilton's probation in each underlying case, finding that he had committed several new offenses. Hamilton thereafter filed a single, pro se notice of appeal. In Case No. A24A0974, Hamilton seeks to appeal the revocation of his probation in the obstruction and battery case; in Case No. A24A0975, he seeks to appeal the revocation of his probated sentence for crossing the guard lines. In both cases, we lack jurisdiction.

Appeals from probation revocation orders must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (5). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Moreover, even if Hamilton was entitled to appeal directly from the trial court's orders, his notice of appeal was untimely. To be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Here, Hamilton filed his notice of appeal on January 29, 2024, more than eight

months after the trial court entered its May 2023 orders revoking his probation.

For these reasons, we lack jurisdiction over these appeals, which are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __02/12/2024_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*